438 A.2d 640

Commonwealth v. Bovell, Appellant.
Petition for Allowance of Appeal Denied Feb. 24, 1982.

 Submitted December 5, 1980. Emil W. Kantra, II, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Orders affirmed.